No. 805. CUDAHY PACKING CO. *v.* HOLLAND, ADMINISTRATOR OF THE WAGE AND HOUR DIVISION, U. S. DEPARTMENT OF LABOR.

March 9, 1942. *Per Curiam:* The petition for writ of certiorari is granted. The judgment is reversed on the authority of *Cudahy Packing Co. v. Holland, ante*, p. 357. MR. JUSTICE MURPHY took no part in the consideration or decision of this case. *Mr. William C. Green* for petitioner. *Solicitor General Fahy* for respondent.

No. 967. MCSWEENEY *v.* EQUITABLE TRUST CO.

March 9, 1942. *Per Curiam:* The motion to dismiss the appeal is granted and the appeal is dismissed for the reason that the judgment was based upon a nonfederal ground adequate to support it. *Enterprise Irrigation Dist. v. Canal Co.*, 243 U. S. 157; *Utley v. St. Petersburg*, 292 U. S. 106, 111–112. *Messrs. Samuel Kaufman, William T. Connor*, and *Nathan Bilder* for appellant. *Mr. Louis J. Cohen* for appellee.